UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-0260-EFB P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1 at 3 (requesting "immediate release" from custody on grounds that his "conviction is void."). He is incarcerated at San Quentin State Prison in Marin County. He is serving a sentence for a conviction rendered by the Alameda County Superior Court. *Id.* at 23 n. 1. The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the Northern District of California.

/////

/////

/////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. §§ 1406(a), 2241(d).

DATED: February 20, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE